**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 98-50798
Summary Calendar

_____

CHONITA CRAYTON, Individually and as next friend
of Jerome Crayton, II, a minor child,

Plaintiff-Appellant,

v.

COMAL INDEPENDENT SCHOOL DISTRICT; JERRY MAJORS,
Individually and in his Official Capacity as
Superintendent of the Comal Independent School
District; WILL KRIEG, Individually and in his Official
Capacity as Principal of Canyon High School;
CHARLES ADAMS, Individually and in his Official
Capacity as Assistant Principal of Canyon High School,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA-98-CV-328)

_____

May 6, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiff-appellant Chonita Crayton, individually and as next friend of Jerome Crayton, II, a minor child ("Crayton"), appeals the district court's grant of summary judgment in favor of the defendants-appellants. Crayton argues on appeal that she sufficiently raised genuine issues of material fact in order to

_____

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

survive a motion for summary judgment on her claims of wrongful discrimination under 42 U.S.C. § 1983 and Title VI of the Civil Rights Act of 1964.

Having reviewed the parties' briefs and the record, we find no reversible error in the district court's order. Therefore, we AFFIRM the judgment of the district court. *See Crayton v. Comal Indep. Sch. Dist.,* No. SA-98-CA-328 (W.D. Tex. July 16, 1998).